IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION, CINCINNATI, OHIO

| | | |
|---|---|---|
| JOHN SMITH, | ) | Case No. 1:11-CV-040 |
| | ) | |
| Plaintiff, | ) | JUDGE SANDRA A. BECKWITH |
| | ) | Mag. Judge Stephanie K. Bowman |
| vs. | ) | |
| | ) | |
| AUTOZONE, INC. | ) | **ORDER APPROVING STIPULATION** |
| | ) | **OF VOLUNTARY DISMISSAL** |
| Defendant. | ) | |

Having considered the parties' *Stipulation of Voluntary Dismissal* filed September 14, 2011, the Court hereby approves this Stipulation and regards this case as having been voluntarily dismissed, as to all claims in this case, without prejudice, pursuant to Civ. R. 41(a)(1)(A)(ii) effective September 14, 2011.

It is so Ordered this __16__ day of May, 2012.

*Stephanie K. Bowman*
Magistrate Judge Bowman